UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:19-CR-116 |
| | § | |
| MICHAEL DELTORO; aka MICHEAL | § | |
| DELTORO; aka MICHAEL DEL-TORO; | § | |
| aka MICHAEL ANTHONY DELTORO | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)    There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2)    The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The defendant has been indicted. Therefore, the evidence against the defendant meets the probable cause standard. The defendant has a history of non-compliance with court ordered supervision. Further, while the defendant has been released on a state bond he has been non-complaint with the requirements of his bonding company. Additionally, the defendant has at least one instance of committing a law violation while on pretrial

1 / 2

release in November 2018.  The defendant is a poor candidate for bond.  The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 25th day of February 2019.

Jason B. Libby
United States Magistrate Judge